

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00257-CV

ERIC LAMAR ELLIS
v.
WESTLAKE GARDENS, TEXAS PARKING AUTHORITY, AND SURE STORAGE LLC

On Appeal from the
County Court at Law No. 2 of Tarrant County, Texas
Trial Court Cause No. 2023-007470-2

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed, as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

November 7, 2024